No. 96–553.   CHANCELLOR, BOARD OF EDUCATION OF THE CITY OF NEW YORK, ET AL. v. FELTON ET AL.   C. A. 2d Cir.   [Certiorari granted, 519 U. S. 1086.]   Motion of Sarah Peter et al. for leave to file a brief as *amici curiae* granted.

No. 96–663.   KLEHR ET UX. v. A. O. SMITH CORP. ET AL.   C. A. 8th Cir.   [Certiorari granted, 519 U. S. 1073.]   Motion of Plaintiffs' Executive Committee MDL No. 1069 et al. for leave to file a brief as *amici curiae* granted.

No. 96–7879.   JAHANNES v. REID.   Ct. App. Ga.   Motion of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until April 14, 1997, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 96–7595.   IN RE SERRA.   Petition for writ of mandamus denied.

No. 96–8357 (A–674).   IN RE MEDINA.   Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.   Petition for writ of habeas corpus denied.

No. 96–8358 (A–675).   IN RE MEDINA.   Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.   Petition for writ of mandamus and/or prohibition denied.

No. 96–653.   BAKER ET AL. v. GENERAL MOTORS CORP.   C. A. 8th Cir.   Certiorari granted.

No. 96–690.   NORTH BELLE VERNON BOROUGH ET AL. v. LIVINGSTONE ET VIR.   C. A. 3d Cir.   Certiorari denied.

No. 96–978.   WILSON v. DRAKE ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 96–998.   RELIABLE BUSINESS COMPUTERS v. HEURTEBISE.   Sup. Ct. Mich.   Certiorari denied.